# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> vs. <br> RETAIL PRO, INC. (fka Island Pacific, Inc.), BARRY M. SCHECHTER, RAN H. FURMAN, and HARVEY BRAUN, <br><br> Defendants. | CASE NO. 08cv1620 WQH RBB <br><br> ORDER |

HAYES, Judge:

Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendant RAN H. FURMAN, having entered into a Stipulation requesting this Court to enter an Order continuing Defendant's deadline to Answer or otherwise respond to the Complaint, and the Court having reviewed that Stipulation:

Now, therefore, an Order is hereby entered as follows:

1. The deadline for Defendant RAN H. FURMAN to Answer or otherwise respond to the Complaint is continued to October 8, 2008.

DATED: October 6, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge