### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

SEC v. RETAIL PRO                                    Case No. 08cv1620 WQH(RBB)
                                                     **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                        Rptr.

                              Attorneys
        Plaintiffs                              Defendants

Karen Matteson                          Michael Piazza


PROCEEDINGS:    ___  In Chambers    ___  In Court    ___  Telephonic

The early neutral evaluation conference on November 3, 2008, at 1:30 p.m. is vacated and reset for November 5, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**


DATE: October 21, 2008        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Hayes                                  INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\SEC1620\MINUTE02.wpd