UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RETAIL PRO, INC. (fka Island Pacific, Inc.), BARRY M. SCHECHTER, RAN H. FURMAN, and HARVEY BRAUN,<br><br>　　　　Defendants. | CASE NO. 08 CV 1620 WQH RBB<br><br>**ORDER POSTPONING MANDATORY SETTLEMENT CONFERENCE**<br><br>Hon. William Q. Hayes<br>Action Filed:  September 4, 2008 |

Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendant RAN H. FURMAN, having entered into a Stipulation requesting this Court to enter an Order postponing the Southern District of California Rule 16.3 Mandatory Settlement Conference ("Settlement Conference"), and the Court having reviewed that Stipulation:

Now, therefore, an Order is hereby entered as follows:

1.　The Settlement Conference is hereby postponed from April 28, 2009, at 2:00 p.m. until May 15, 2009 at 1:30 p.m.

Dated:  April 1, 2009　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　HON. RUBEN B. BROOKS

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2